# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY JAMES JOHNSON,<br>    Plaintiff,<br><br>v.<br><br>PRIME CARE MEDICAL, *et al.*,<br>    Defendants. | CIVIL ACTION NO. 18-CV-4651 |

## ORDER

**AND NOW**, this 11th day of July, 2019, it is hereby **ORDERED** that:

1. PrimeCare Medical Defendants' motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6) [Doc. 23] is **GRANTED**.

2. The Complaint is **DISMISSED** with prejudice as to defendants PrimeCare Medical, Dr. Johnathan Cowen, Kevin Frantz, Joseph Lynch, H.A.S. and Zuying Fan, PA-C.

3. The Complaint is **DISMISSED** with prejudice as to defendant Lt. Rebecca Perkins pursuant to 28 U.S.C. section 1915 (e)(2)(B)(ii).

4. The Clerk is **DIRECTED** to mark this case closed.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.